STIPULATION AND ORDER
SAMUEL A. HARDING, ESQ.
Nv State Bar #1877
BOURGAULT & HARDING
1100 East Bridger Avenue
Las Vegas, Nevada 89101
702-384-8023
bhscash@lvcm.com

Attorneys for Plaintiffs
NANCY MURPHY AND
PATRICK MURPHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) | Master Docket No. M:05-CV-01699-CRB<br><br>CASE No. 06-4925-CRB<br>MDL No 1699 |
|---|---|---|
| | | Plaintiff: NANCY MURPHY<br>Case No. 2:06-CV-00680-PMP-RJJ<br>(USDC Nevada) |

STIPULATION AND ORDER FOR DISMISSAL OF ACTION AS TO
" NANCY MURPHY" ONLY

Come now the parties, by and through their respective attorneys, and stipulate and agree

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1  to dismiss the claim of NANCY MURPHY ONLY, without prejudice, in the above matter.

2  BOURGAULT & HARDING                           GORDON & REES

3  */s/ Samuel A. Harding*                        */s/ Stuart M. Gordon*

4  _____                   _____
   SAMUEL A. HARDING, ESQ.                       STUART M. GORDON, ESQ.
5  Nevada Bar No. 001877                         California Bar No. _____
   1100 East Bridger Avenue                      275 Battery Street, Suite 2000
6  Las Vegas, Nevada 89101                       San Francisco, CA 94111
   Attorneys for Plaintiffs                      Attorneys for Defendants
7  NANCY MURPHY and
   PATRICK MURPHY
8

9

10

11                                         IT IS SO ORDERED

12

13                                        _____
                                          HONORABLE CHARLES R. BREYER
14                                        UNITED STATES DISTRICT COURT

15                                        *IT IS SO ORDERED*
                                          */s/ Judge Charles R. Breyer*
16

17  Prepared and submitted by:

18  BOURGAULT & HARDING                           February 7, 2007

19  */s/ Samuel A. Harding*

20  _____
    SAMUEL A. HARDING, ESQ.
21  Nevada Bar No. 001877
    1100 East Bridger Avenue
22  Las Vegas, Nevada 89101
    Attorneys for Plaintiffs
23  NANCY MURPHY and
    PATRICK MURPHY
24

25

26

27

28