Samuel A. Harding
BOURGAULT & HARDING
1100 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702-384-8023
Facsimile: 702-384-5731

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Patrick J. Murphy, et al.,<br>           Plaintiffs,<br>  v.<br>Pfizer Inc,<br>           Defendant. | Case No.: 06-4925 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs, Patrick J. Murphy and Nancy Murphy, in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 5th of April, 2010    By: _____
Samuel A. Harding
BOURGAULT & HARDING
1100 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702-384-8023
Facsimile: 702-384-5731
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 10/8, 2010     By: /s/
Michelle W. Sadowsky
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501
*Defendant's Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 10/14/2010

Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE